ALFRED E. KENNEY, trustee, &c., complainant-respondent,

*v.*

ELMER KING et al., defendants-respondents.

[Decided June 20th, 1922.]

Appeal of John P. Ramsey, administrator, &c., defendant-appellant.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is printed with the last preceding case.

*Messrs. McCarter & English,* for the defendant-appellant Ramsey.

*Messrs. Lum, Tamblyn & Colyer,* for the complainant-respondent.

*Messrs. King & Vogt,* for the defendants-respondents.

PER CURIAM.

We agree with the finding of facts by the vice-chancellor and the propriety of the decree based on those facts. The decree is therefore affirmed.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—14.

*For reversal*—None.